IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PAUL FERNANDO SCHREINER, | ) | |
| | ) | |
| Petitioner, | ) | 4:04CV3344 |
| | ) | |
| vs. | ) | ORDER |
| | ) | (HABEAS CORPUS) |
| JOHN D. ASHCROFT, et al., | ) | |
| | ) | |
| Respondents. | ) | |

The petitioner has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 and a request to proceed in forma pauperis ("IFP"). The court has received the petitioner's $5.00 filing fee for this habeas case. The court has received a copy of the petitioner's trust account information.

After review of the petitioner's trust account information, I will grant filing no. 12 and the petitioner shall have leave to proceed in forma pauperis from this point forward in this case.

SO ORDERED.

DATED this 8th day of July, 2005.

BY THE COURT:

s/F.A. GOSSETT
United States Magistrate Judge