IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PAUL FERNANDO SCHREINER, | ) | |
| | ) | |
| Petitioner, | ) | 4:04cv3344 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JOHN ASHCROFT, et al., | ) | |
| | ) | |
| Respondents. | ) | |

This matter is before the court on filing nos. 17, 18 and 20, in which the respondents report and present unrebutted evidence that the petitioner, Paul Fernando Schreiner, has been released from custody by the Bureau of Immigration and Customs Enforcement ("BICE"), and the above-entitled case has become moot.

THEREFORE, IT IS ORDERED:

1. That the Petition for Writ of Habeas Corpus filed by Paul Fernando Schreiner is dismissed as moot; and

2. That a separate judgment will be entered accordingly.

DATED this 25th day of July, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
Chief District Judge